The Honorable Benjamin H. Settle

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEBORAH McALPINE, individually and as, Administrator of the Estate of KENNETH McALPINE, deceased,<br><br>Plaintiff,<br>vs.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign insurer,<br><br>Defendant.<br><br>HARBORSTONE CREDIT UNION, a Washington State Credit Union,<br><br>Intervening Plaintiff. | NO. 3:10-cv-05630 BHS<br><br>**STIPULATED ORDER GRANTING HARBORSTONE CREDIT UNION'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(Clerk's Action Required)** |

**ORDER**

**THIS MATTER** having come on regularly for hearing upon the motion of Intervening Plaintiff, Harborstone Credit Union ("**Harborstone**"), and the Court having determined that all parties entitled to notice have received proper notice of the motion, and having considered Harborstone's Motion for Summary Judgment ("**Motion**") and the Declarations of Roger Johansen and Joshua B. Lane in support of said Motion, along with any pleadings filed in response thereto and in strict reply to such response, as well as the pleadings and records

ORDER GRANTING HARBORSTONE'S
MOTION FOR SUMMARY JUDGMENT - 1

00489901.DOC



previously filed herein, the Court finds that the McAlpines defaulted on their obligations to Harborstone under the Note and Deed of Trust and that Plaintiff is entitled to the entry of a final judgment against said Defendants under CR 54(b) as there is no just reason for delay. The Court being otherwise fully apprised, the Court hereby Orders and Decrees as follows:

**ORDERED, ADJUDGED, and DECREED** that Harborstone's Motion for Summary Judgment is granted, to the extent set out below. It is further

**ORDERED, ADJUDGED, and DECREED** that judgment shall immediately be entered against Defendant Deborah McAlpine, individually and as the Administrator of the Estate of Kenneth McAlpine, deceased, in the principal amount of $167,982.73, plus 12.75% per diem interest (or $59.49 per day) from July 14, 2011, plus $12,500.75 in attorney fees and costs. Post-judgment interest shall accrue at a fixed rate on the total judgment amount at the parties' contract rate of 12.75% per annum. It is further

**ORDERED, ADJUDGED, and DECREED** that Harborstone is entitled to seek and enforce other remedies against the Deed of Trust recorded on May 5, 2006 under Pierce County Auditor's File No. 200605050802, or any other collateral securing the outstanding indebtedness evidence by the Note and reduced to judgment, including, but not limited to, the judicial or non-judicial foreclosure of any deed of trust, including the right to pursue any insurance proceeds for damage to the fire damaged building or its fixtures, in this action or by separate action, security agreement, pledge, assignment, or the right of offset concerning property described therein, any and all agreements in the loan documents, and as otherwise afforded Harborstone at law and in equity. It is further

**ORDERED, ADJUDGED, and DECREED** that the rights of Harborstone to receive proceeds of the STATE FARM FIRE AND CASUALTY COMPANY policy for fire damage to

ORDER GRANTING HARBORSTONE'S
MOTION FOR SUMMARY JUDGMENT - 2



the building and its fixtures, which is the subject of this action, are prior and superior to the rights of McAlpine. It is further

**ORDERED, ADJUDGED, and DECREED** that the allocation of any additional proceeds of insurance or award of damages between loss for fire damage to the building and fixtures and any other loss shall be reserved for future determination. It is further

**ORDERED, ADJUDGED, and DECREED** that this order is a final judgment regarding Harborstone's claims herein against McAlpine, and Harborstone may immediately execute upon this judgment pursuant to Fed. R. Civ. P. 54(b).

DATED this 29th day of September 2011.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

EISENHOWER & CARLSON, PLLC

By: /s/ Donald L. Anderson
Donald L. Anderson, WSBA # 8373
Joshua B. Lane, WSBA # 42192
Attorneys for Intervening Plaintiff
Harborstone Credit Union

Approved as to form:

WILLIAMS LAW OFFICE

By: /s/ Gary Williams
Gary Williams, WSBA # 9580
Attorneys for Plaintiff & cross-claim Defendant
Deborah McAlpine, individually and as
Administrator of the Estate of Kenneth McAlpine

ORDER GRANTING HARBORSTONE'S
MOTION FOR SUMMARY JUDGMENT - 3

00489901.DOC

EISENHOWER
EISENHOWER & CARLSON, PLLC
1200 Wells Fargo Plaza
1201 Pacific Avenue
Tacoma, WA 98402
Tel: 253.572.4500
Fax: 253.272.5732

Approved as to form:

BETTS, PATTERSON & MINES, P.S.


By: /s/ Daniel L. Syhre
    Joseph D. Hampton, WSBA # 15297
    Daniel L. Syhre, WSBA # 34158
    Morgan E. Smith, WSBA # 37954
    Attorneys for Defendant
    State Farm Fire and Casualty Company

ORDER GRANTING HARBORSTONE'S
MOTION FOR SUMMARY JUDGMENT - 4

00489901.DOC

